UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILES MORAN | CIVIL ACTION |
| VERSUS | NO. 19-13503 |
| MARLON GUSMAN, SHERIFF OF ORLEANS PARISH | SECTION "L" |

**RESPONSE TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

  Miles Moran was arrested in Orleans Parish for the charges of (i) unauthorized entry of a business and (ii) theft in the amount of less than $500. Moran has applied to this Honorable Court for a writ of *habeas corpus* under 28 U.S.C. § 2241. For the reasons that follow, his application is now moot.

1. On November 19, 2019, the Orleans Parish District Attorney's Office refused the charges against Moran. *See* Ex. A, attached to this filing, refusal paperwork.

2. Because the charges against him have been refused, Moran is no longer under any bond obligation in Orleans Parish Criminal District Court and will be released from the custody of the Orleans Justice Center.[1]

3. Undersigned counsel spoke with Mr. Eric Foley, counsel for the petitioner, via phone at approximately 5:00 p.m. on November 19, 2019 and informed him

---

[1] The Orleans Parish Sheriff's Office is responsible for processing refusal paperwork and releasing inmates, including Moran. The Orleans Parish District Attorney's Office does not participate in or have any control over that process aside from providing the sheriff's office with the necessary paperwork indicating that charges have been refused.

1

    that Moran's charges had been refused.

4. Additionally, the Orleans Parish District Attorney's Office does not make bond recommendations to Hon. Harry Cantrell during first appearances in Orleans Parish Magistrate Court, and does not have any interest in the outcome of those proceedings. For this reason, the Orleans Parish District Attorney's Office would take no position as to Moran's emergency habeas corpus petition under 28 U.S.C. § 2241 or any future habeas corpus petitions concerning the same issue.

## CONCLUSION

Based on the foregoing, the respondent respectfully prays that this Honorable Court dismiss Moran's petition, as it is now moot, and vacate the hearing scheduled Thursday, November 21, 2019, at 9:00 a.m.

    Respectfully submitted,

    /s/ Irena Zajickova
    Irena Zajickova
    La. Bar No. 35394
    Assistant District Attorney
    Parish of Orleans

    619 South White Street
    New Orleans, Louisiana 70119
    Tel.: (504) 571-2858
    Email: izajickova@orleansda.com