UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILES MORAN,

        Petitioner,

  v.

MARLIN GUSMAN, Sheriff of Orleans Parish,

        Respondent.

Case No. 2:19-cv-13503-EEF-MBN

**PETITIONER'S STIPULATION OF DISMISSAL**

    In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner Miles Moran provides notice to all parties of the stipulated dismissal of his *Emergency Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241* (ECF No. 1). The District Attorney of Orleans Parish, having filed a response in this case (ECF No. 13), joins in this stipulated dismissal.

    The District Attorney has refused the charges against Mr. Moran that gave rise to the pretrial detention Moran challenged. (ECF No. 13-1.) As of this filing, Respondent Gusman has released Mr. Moran from his custody. For these reasons, Mr. Moran hereby voluntarily dismisses his petition.

Respectfully submitted,

*/s/ Eric A. Foley*
Eric A. Foley, La. Bar No. 34199, T.A.
James W. Craig, La. Bar No. 33687
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, La 70119
(504) 620-2259 (p)
(504) 208-3133 (f)
eric.foley@macarthurjustice.org
jim.craig@macarthurjustice.org

*/s/ Alec Karakatsanis*
Alec Karakatsanis, D.C. Bar No. 999294
(appearing *pro hac vice*)
Founder and Executive Director
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
(202) 681-2409
alec@civilrightscorps.org

*Counsel for Petitioner*

*/s/ Irena Zajickova*
Irena Zajickova
La. Bar No. 35394
Assistant District Attorney
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119
Tel.: (504) 571-2858
Email: izajickova@orleansda.com

*Counsel for the District Attorney of Orleans Parish*